**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| DELBERT JONES III,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; HYUNDAI CAPITAL AMERICA D/B/A HYUNDAI MOTOR FINANCE,<br><br>    Defendants. | Case No. 2:17-cv-02750-APG-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Delbert Jones III ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On October 31, 2017, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 29, 2017. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 20, 2017. This is the

first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including December 20, 2017.

DATED: November 21, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
***Counsel for Trans Union LLC***

**LAW OFFICE OF KEVIN HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
kevin@kevinhernandezlaw.com
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
(702) 563-4450
(702) 552-0408 Fax
***Counsel For Plaintiff***

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: 11-21-2017

4845-8008-4566.1
9511741.1/SP/83057/0100/112017

2