| | |
|---|---|
| 1 | Kevin L. Hernandez, Esq. |
| | Nevada Bar No. 12594 |
| 2 | **LAW OFFICE OF KEVIN L. HERNANDEZ** |
| 3 | 2510 Wigwam Parkway, Suite 206 |
| | Henderson, Nevada 89074 |
| 4 | T: (702) 563-4450 |
| | F: (702) 552-0408 |
| 5 | kevin@kevinhernandezlaw.com |
| 6 | *Attorney for Plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT JONES III, an individual; | Case No.: 2:17-cv-02750-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |
| EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; HYUNDAI CAPITAL AMERICA doing business as HYUNDAI MOTOR FINANCE, a foreign corporation; | |
| Defendants. | |

Plaintiff, Delbert Jones III ("Plaintiff"), and Defendant, Experian Information Solutions, Inc. ("Experian") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to the action between Plaintiff and Experian, with Plaintiff and Experian bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 15, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: March 15, 2018

**NAYLOR & BRASTER**

/s/ Andrew J. Sharples
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: March 15, 2018

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

/s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
cjorgensen@lrrc.com
*Attorneys for Defendant Hyundai Capital America*

Dated: March 15, 2018

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

/s/ Jason G. Revzin
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), the action between Plaintiff and Experian is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred in this action.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 15, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** was electronically served to the following parties:

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

J. Christopher Jorgensen, Esq.
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
cjorgensen@lrrc.com
*Attorneys for Defendant Hyundai Capital America*

Dated: March 15, 2018

/s/ Caesy Morales              .
An Employee of the Law Office of Kevin L. Hernandez