Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DELBERT JONES III, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; HYUNDAI CAPITAL AMERICA doing business as HYUNDAI MOTOR FINANCE, a foreign corporation;<br><br>Defendants. | Case No.: 2:17-cv-02750-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS TRANS UNION LLC AND HYUNDAI CAPITAL AMERICA WITH PREJUDICE** |

Plaintiff, Delbert Jones III ("Plaintiff"), Defendant, Trans Union LLC ("Trans Union"), and Defendant, Hyundai Capital America ("Hyundai") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) with the Parties bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: May 16, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: May 16, 2018

**LEWIS ROCA ROTHGERBER
CHRISTIE LLP**

*/s/ J. Christopher Jorgensen*
J. Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
cjorgensen@lrrc.com
*Attorneys for Defendant Hyundai Capital America*

Dated: May 16, 2018

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TRANS UNION LLC AND HYUNDAI CAPITAL AMERICA

Pursuant to the stipulation of the Parties under FRCP 41(a), this action is dismissed with prejudice, and the Parties will bear their own attorneys' fees and costs incurred.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 17, 2018.